**Order entered June 26, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00709-CV

## IN THE INTEREST OF I.S. AND S.S., CHILDREN

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. DF-14-10695**

## ORDER

The reporter's record in this appeal from a parental termination case is overdue. Accordingly, we **ORDER** court reporter Janet Saavedra to file the record **no later than July 8, 2019.** To ensure compliance, the trial court must arrange for a substitute reporter if necessary. *See* TEX. R. APP. P. 28.4(b)(1). As appellant is presumed indigent, the record shall be filed without payment of costs.

We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable Ashley Wysocki, Presiding Judge of the 254th Judicial District Court; Ms. Saavedra; and, the parties.

/s/ KEN MOLBERG
JUSTICE